462 

No. 13–8011/AR. U.S. v. Nidal M. Hasan. CCA 20120876. On consideration of Appellant's motion to correct errata, it is ordered that said motion is hereby granted.

No. 13–8012/AR. U.S. v. Nidal M. Hasan. CCA 20120877. On consideration of Appellant's motion to correct errata, it is ordered that said motion is hereby granted.

